**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                             Case No. 01-cr-78-01-PB

**Robert Champagne**


**O R D E R**


The defendant was sentenced for possession with intent to distribute in excess of 50 grams of crack cocaine.  He has a substantial criminal record that includes multiple sexual assaults on children.  My original sentence reflected concern that the defendant poses a substantial risk to the public.  The change in the guidelines does not alter my view that a sentence of 151 months was equal to and not greater than necessary required to achieve the purposes of the sentencing statute. Defendant's motion for resentencing (Doc. No. 91) is denied.

    SO ORDERED.

                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

September 30, 2009

cc:  Richard Monteith, Esq.
    Aixa Maldonado-Quinones, AUSA
    United States Probation
    United States Marshal